■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEJANDRO VASQUEZ, Appellant. [887 NYS2d 925]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Reichbach, J.), imposed April 17, 2008, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Mastro, Florio, Dickerson and Hall, JJ., concur.